No. 11-7473. Alvin Eason, Petitioner v. United States.

565 U.S. 1132, 132 S. Ct. 1053, 181 L. Ed. 2d 772, 2012 U.S. LEXIS 237.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 643 F.3d 622.